Rosenbaum & Segall, P.C.
AmazonSellersLawyer.com

780 Long Island Blvd., Long Beach, NY 11561
Phone: 212-256-8499
Skype/ WeChat: AmazonSellersLawyer
www.AmazonSellersLawyer.com

March 31, 2025

The Honorable Judge Nelson S. Román
United States District Court S.D.N.Y
300 Quarropas Street
White Plains, NY 10601

Re: FB Select LLC v. CY Ventures, LLC et al, No. 1:25-cv-01003-JSR FB

Honorable Judge Román:

The undersigned represents the Plaintiff, FB Select, LLC, in the above referenced matter. Please excuse the untimeliness of this letter as we had a deadline at noon today.

We respectfully request the ability to amend our complaint, in an attempt to alleviate Mr. Lowe's statements set forth in his letter. However, if an amendment is not permitted, we would request thirty (30) days to file our opposition to the motion for judgment on the pleadings.

Should the Court require any further information, or require additional information from the Plaintiff, the parties shall remain as so ordered.

Respectfully submitted,

*Cory J. Rosenbaum*

Cory J. Rosenbaum, Esq.