USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FB SELECT LLC,

Plaintiff,

-against-

CY VENTURES, LLC, et al.,

Defendants.

No. 25-CV-1003 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

Plaintiff FB Select LLC ("Plaintiff") commenced this action on February 4, 2025, against Defendants CY Ventures, LLC, Joey Nissanian, and John Does 1–10 (collectively, "Defendants"). (ECF No. 1.) The action was thereafter transferred to this Court on March 12, 2025. On March 31, 2026, Plaintiff filed a letter motion letter seeking leave to amend its Complaint. (ECF No. 15.) Although the Court inadvertently did not respond to Plaintiff's request, neither party has communicated with the Court in over a year. The parties shall therefore submit a joint status update on this action no later than August 4, 2026, advising the Court whether Plaintiff intends to pursue its request for leave to amend, the current status of this action, and how the parties propose to proceed.

SO ORDERED.

Dated: July 28, 2026
White Plains, NY



Nelson S. Román, U.S.D.J.